CODWISE *against* FIELD.

CODWISE
v.
FIELD.

A MOTION was made to set aside the *ca. sa.* issued to the sheriff of *New-York* in this cause, and all subsequent proceedings, and that the sheriff pay the amount of the money levied on the *ca. sa.* to the defendant.

From the affidavits which were read, it appeared that a *ca. sa.* issued against the defendant, who was sheriff of *Dutchess* county, at the suit of the plaintiff, directed to the coroner, who, on the 3d *April*, 1811, gave to the sheriff a receipt in full, of the debt and costs on the *ca. sa.* No money was actually paid by the sheriff, but the coroner being indebted to him for the amount, for money previously lent, it was agreed by the *coroner* that the receipt should be considered as payment of so much; and that the *coroner* should take upon himself to pay the amount of the *ca. sa.* to the plaintiff.

In *November*, 1811, the defendant was arrested in the city of *New-York*, on another *ca. sa.* at the suit of the plaintiff, for the same debt ;and on paying the amount into the hands of the sheriff of the city of *New-York*, was discharged by order of the recorder, who directed the sheriff to retain the money in his hands until the next term of this court.

The *coroner* paid no part of the debt to the plaintiff; but in *December*, 1811, obtained his discharge under the insolvent act passed the 3d *April*, 1811.

The motion of the defendant made at the last term was, by consent, postponed for the decision of the court at this term.

Where a *ca. sa.* against a sheriff was delivered to a coroner, who, being indebted to the *she-riff*, gave him a receipt in full for the debt and costs on the *ca. sa.* and engaged to settle the amount with the plaintiff, but failed to do so; it was held, that admitting the coroner was authorized to receive the debt in money, on the *ca. sa.* yet it must be an actual and absolute payment of so much cash to him, for the plaintiff ; and that the agreement between the sheriff and coroner, was no payment or satisfaction of the debt.

*Drake,* for the defendant.

*Codwise,* contra.

*Per Curiam.* There was no payment or satisfaction of the first execution. Admitting that the coroner was authorized to receive the debt in money, as we think he was; yet it must be an actual and absolute payment in cash to him for the plaintiff. The motion must be denied.

Motion denied.